**VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., Trilogy Computer Industry Solutions, Inc., Versata Development Group, Inc., fka Trilogy Development Group, Inc., Versata Software, Inc., and Trilogy Software, Inc., Plaintiffs–Appellees,**

v.

**SAP AG and SAP America, Inc., Defendants–Appellants.**

No. 2014–1430.

United States Court of Appeals, Federal Circuit.

June 18, 2014.

** Randall R. Rader vacated the position of

Mike McKool, Daniel Luke Geyser, Esq., McKool Smith, P.C., Dallas, TX, Scott Cole, Joel Lance Thollander, McKool Smith, P.C., Austin, TX, for Plaintiffs–Appellees.

Edward R. Reines, Andrew Louis Perito, Attorney, Weil, Gotshal & Manges LLP, Redwood Shores, CA, Erika Arner, Attorney, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, James Richard Batchelder, Esq., Ropes & Gray LLP, East Palo Alto, CA, Douglas Hallward–Driemeier, Esq., Ropes & Gray LLP, J. Michael Jakes, Michael A. Morin, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, John W. Thornburg, Fish & Richardson, P.C., San Diego, CA, for Defendants–Appellants.

Before PROST, Chief Judge, LOURIE and MOORE, Circuit Judges.

## ON MOTION

## ORDER

PER CURIAM.

Appellees move to dismiss this appeal or summarily affirm the district court's final judgment and orders on appeal in this case. Appellants oppose.

In a prior appeal in this case, this court affirmed the jury's infringement verdict and damages award, vacated the permanent injunction as overbroad, and remanded for "the district court to enter an order that conforms to this [court's] opinion." On remand, appellees abandoned any right to injunctive relief, and the district court entered final judgment accordingly.

Chief Judge on May 30, 2014.

We have considered appellants' arguments on appeal including their arguments regarding Rule 60 and their motion for a stay, but find them to be without merit.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that this court summarily affirms.

(2) Costs to Versata.